UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSCHSUETTS

CRIMINAL ACTION NO. 08-10365-GAO

UNITED STATES OF AMERICA

v.

HECTOR BANISTER
Defendant

ORDER
February 28, 2012

O'TOOLE, D.J.

The defendant's motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.

I have reviewed the presentence report and the transcript of the sentencing hearing, as well as the parties' submissions with respect to the present motion. It is clear that the guideline range that applied to the defendant was the range determined by reference to the career offender guideline, USSG § 4B1.1, and not the drug offense guideline, USSG § 2D1.1, as amended by Amendment 750. It is also clear that, while the sentence imposed was below the applicable guideline range, it was the consequence of a "Booker variance" that was guided by the statutory factors set forth in 18 U.S.C. § 3553(a), including particularly that statute's "parsimony" preamble. The amendment to guideline § 2D1.1 does not affect in any way the basis for the sentence imposed.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge